393 A.2d 1282

Commonwealth v. Span, Appellant.
Commonwealth v. Hustler, Appellant.

Argued April 12, 1978.   Richard C. Schomaker, with him Barrante, Barrante & Schomaker, for appellants;  J. Verney, Assistant District Attorney, with him Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.